**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Claimants,
DAVID RYAN BURCHARD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>DAVID RYAN BURCHARD,<br><br>　　　　Defendant. | Case No.: 1:16-CR-00051 LJO-SKO<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF BAIL REVIEW HEARING**<br><br>**Date: June 8, 2016**<br>**Time: 2:00 p.m.**<br>**Hon. Sheila K. Oberto** |

**TO:   THE HONORABLE JUDGE SHEILA K. OBERTO, AND TO ASSISTANT UNITED STATES ATTORNEY GRANT B. RABENN:**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1.   By previous motion, this matter was set for a Bail Review Hearing on June 8, 2016, at 2:00 p.m.

2.   By this stipulation, Defendant now moves to continue the Bail Review Hearing to **June 13, 2016, at 2:00 p.m.**

3.   The parties agree and stipulate, and request that the Court find the following:

　　a.   The Government is scheduled to be out of town Monday June 6, 2016, through Thursday, June 9, 2016.

///

|  |  |  | Respectfully submitted, |
|---|---|---|---|
| DATED: | June 3, 2016 | By: | */s/Grant B. Rabenn* |
|  |  |  | GRANT B. RABENN |
|  |  |  | Assistant United States Attorney |

|  |  |  | Respectfully submitted, |
|---|---|---|---|
| DATED: | June 3, 2016 | By: | */s/Anthony P. Capozzi* |
|  |  |  | ANTHONY P. CAPOZZI |
|  |  |  | Attorney for Defendant DAVID RYAN BURCHARD |

## **ORDER**

**IT IS ORDERED** that the Bail Review Hearing currently scheduled for June 8, 2016, at 2:00 p.m. is continued to **June 13, 2016, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: __**June 6, 2016**__                         /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE