**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DAVID RYAN BURCHARD

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00051 LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DAVID RYAN BURCHARD, | **Date: October 17, 2016**<br>**Time: 1:00 p.m.**<br>**Hon. Sheila K. Oberto** |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1.    By previous motion, this matter was set for a Status Conference on October 17, 2016, at 1:00 p.m.

2.    By this stipulation, Defendant now moves to continue the Status Conference to **October 31, 2016, at 1:00 p.m.**

3.    The parties agree and stipulate, and request that the Court find the following:

a.    Defense counsel will be out of town on Monday, October 17, 2016, attending Commission on Judicial Performance meetings.

b.    The government does not object to the continuance or the motions schedule.

1

c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2016, to October 31, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED:     October 12, 2016          By:   */s/Grant B. Rabenn*
                                            GRANT B. RABENN
                                            Assistant United States Attorney


DATED:     October 12, 2016          By:   */s/Anthony P. Capozzi*
                                            ANTHONY P. CAPOZZI
                                            Attorney for Defendant DAVID RYAN
                                            BURCHARD

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from October 17, 2016, to and including October 31, 2016, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled for October 17, 2016, at 1:00 p.m. is continued to **October 31, 2016, at 1:00 p.m.**

IT IS SO ORDERED.

Dated:   **October 13, 2016**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE