**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DAVID RYAN BURCHARD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DAVID RYAN BURCHARD,<br><br>         Defendant. | Case No.: 1:16-CR-00051-LJO-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

It is hereby stipulated between the United States of America, by and through its representative, Grant B. Rabenn and the Defendant, David Ryan Burchard, by and through his attorney of record, Anthony P. Capozzi that release condition #7(l) imposed on Mr. Burchard on June 14, 2016 (docket # 24), which required home detention be modified as follows:

> *7(l)    participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter devise attached to your person.  You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the PSO; CURFEW: You shall remain inside your residence every day from 9:00 p.m. to 6:00 a.m., except for employment; education; religious services; medical; attorney visits; court appearance; court-ordered obligations or other activities pre-approved by the PSO.*

All other conditions shall remain in full force and effect.

Pretrial services has spoken with defense counsel and they do not have an objection to this modification.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 24, 2017    By: /s/Anthony P. Capozzi
                               ANTHONY P. CAPOZZI
                               Attorney for Defendant DAVID RYAN
                               BURCHARD

DATED: January 24, 2017    By: /s/Grant B. Rabenn
                               GRANT B. RABENN
                               Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition 7(l) imposed on Mr. Burchard on June 14, 2016 (docket #24), which required home detention is modified as follows:

> *7(l) participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter devise attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the PSO; CURFEW: You shall remain inside your residence every day from 9:00 p.m. to 6:00 a.m., except for employment; education; religious services; medical; attorney visits; court appearance; court-ordered obligations or other activities pre-approved by the PSO.*

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **February 7, 2017**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE