**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DAVID RYAN BURCHARD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00051 LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER RE TO CONTINUE JURY TRIAL:  DENIED** |
| v. | |
| DAVID RYAN BURCHARD, | Date: September 19, 2017
Time: 8:30 a.m.
Hon. Lawrence J. O'Neill |
| Defendant | |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Jury Trial set for September 19, 2017, be vacated.

The parties stipulate that a Trial Confirmation be set for March 6, 2018, at 8:30 a.m. and a Jury Trial be set for March 20, 2018, at 8:30 a.m.

Good cause exists for this request, by both parties, to continue this matter. Counsel needs additional time for continued negotiations and investigations and trial preparation.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2017, through March 20, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   June 23, 2017          By:  */s/Grant B. Rabenn*
                                     GRANT B. RABENN
                                     Assistant United States Attorney


DATED:   June 23, 2017          By:  */s/Anthony P. Capozzi*
                                     ANTHONY P. CAPOZZI
                                     Attorney for Defendant DAVID RYAN
                                     BURCHARD


### **ORDER**

**THE REQUEST IS DENIED.  NO GOOD CAUSE HAS BEEN SHOWN.  THE BASIS UPON WHICH THE REQUEST IS MADE IS CONCLUSORY AND NOT FACTUAL.**

IT IS SO ORDERED.

Dated:   **June 26, 2017**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE