| | |
|---|---|
| 1 | **ANTHONY P. CAPOZZI, CSBN: 068525** |
| | **LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 2 | 1233 W. SHAW AVE., SUITE 102 |
| | FRESNO, CALIFORNIA 93711 |
| 3 | PHONE: (559) 221-0200 |
| | FAX: (559) 221-7997 |
| 4 | EMAIL: Anthony@capozzilawoffices.com |
| | www.capozzilawoffices.com |

ATTORNEY FOR Defendant,
DAVID RYAN BURCHARD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00051 LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER RE TO CONTINUE JURY TRIAL: DENIED** |
| v. | |
| DAVID RYAN BURCHARD, | Date: September 19, 2017 |
| Defendant. | Time: 8:30 a.m. |
| | Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Jury Trial set for September 19, 2017, be vacated.

The parties stipulate that a Trial Confirmation be set for March 6, 2018, at 8:30 a.m. and a Jury Trial be set for March 20, 2018, at 8:30 a.m.

Good cause exists for this request, by both parties, to continue this matter. Counsel needs additional time for continued negotiations and investigations and trial preparation.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2017, through March 20, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

1
STIPULATION TO CONTINUE JURY TRIAL
CASE NO.: 1:16-CR-00051 LJO-SKO

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 23, 2017 By: */s/Grant B. Rabenn*
GRANT B. RABENN
Assistant United States Attorney

DATED: June 23, 2017 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant DAVID RYAN BURCHARD

**ORDER**

**THE REQUEST IS DENIED. NO GOOD CAUSE HAS BEEN SHOWN. THE BASIS UPON WHICH THE REQUEST IS MADE IS CONCLUSORY AND NOT FACTUAL.**

IT IS SO ORDERED.

Dated: **June 26, 2017** **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE