PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00051-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DAVID RYAN BURCHARD, | |
| Defendant. | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture and publication thereof entered into between United States of America and defendant David Ryan Burchard, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant David Ryan Burchard's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. 2007 Chevrolet Tahoe, VIN: 1GNFC13027J406800, License Plate: 6BOK924;

    b. Acer laptop with Dan thumbdrive;

    c. Toshiba Satellite laptop;

    d. WD Passport external hard drive;

PRELIMINARY ORDER OF FORFEITURE     1

|   |   |   |
|---|---|---|
| 1 | e. | Samsung Galaxy Note 4, serial #99000482099312; |
| 2 | f. | Samsung Galaxy Note 3, serial #RV8F10WQBJM; |
| 3 | g. | Three (3) AT&T flip cell phones, model Z222; |
| 4 | h. | Samsung Galaxy Core; |
| 5 | i. | Various credit/debit cards; |
| 6 | j. | Anti-Static bags; |
| 7 | k. | Taylor digital scale; |
| 8 | l. | Box of food saver vacuum sealing bags; |
| 9 | m. | Amazon boxes with plastic storage bags; |
| 10 | n. | Food Saver vacuum sealer with bag roll; |
| 11 | o. | "caliconnect" appeal items; |
| 12 | p. | Miscellaneous documents, receipts, and notes; |
| 13 | q. | Box containing a pipe and lighter; |
| 14 | r. | Credit card machine with blank cards; |
| 15 | s. | Emachine, serial #LXN970D0019488536801601; |
| 16 | t. | T-Mobile cell phone; |
| 17 | u. | Boostmobile cell phone; |
| 18 | v. | Miscellaneous documents; |
| 19 | w. | A personal money judgment against DAVID RYAN BURCHARD in the |
| 20 |   | amount of $1,430,000.00, less any forfeited funds. |

2. The above-listed assets constitute, or were derived from, any proceeds the defendant obtained, directly or indirectly, or is property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigations in its secure custody and control.

4. Upon entry of this Final Order of Forfeiture, but no later than 45 days thereafter, the 2013 Mercedes C250, VIN: WDDGF4HB1DR241728, License Plate: 7FAD065, shall be returned to defendant David Ryan Burchard, through his attorney of record, Anthony P. Capozzi, 1233 W. Shaw Avenue, Suite 102, Fresno, CA 93711, (559) 221-0200.

5. Upon entry of this Final Order of Forfeiture, but no later than 45 days thereafter, the Apple iPad, model A1489; Apple iPad, model A1395; Apple iPad, model 1416, Apple iPad, model A1489; Apple iPhone A1522, serial #354454067037706; and, two (2) Apple iPods, Model 1367, shall be returned to defendant David Ryan Burchard's children, through defendant's attorney of record, Anthony P. Capozzi, 1233 W. Shaw Avenue, Suite 102, Fresno, CA 93711, (559) 221-0200.

6. Defendant David Ryan Burchard agreed to the forfeiture of the 2010 Jaguar XJ, VIN: SAJWA1CB3ALV00102, License Plate: 7EAV409, and 2009 Mercedes S63 AMG, VIN: WDDNG77X59A246729, License Plate: 7CIR676. The 2010 Jaguar XJ and 2009 Mercedes S63 AMG have been administratively forfeited by the Internal Revenue Service − Criminal Investigations pursuant to 18 U.S.C. § 983.

7. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice,

whichever is earlier.

8. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **September 19, 2017**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE