**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DAVID RYAN BURCHARD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RYAN BURCHARD,<br><br>Defendant. | Case No.: 1:16-CR-00051 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **October 30, 2017**<br>Time: **9:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

**TO: THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, DAVID RYAN BURCHARD and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Grant B. Rabenn, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 30, 2017, at 9:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **December 4, 2017, at 9:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on August 8, 2017.

        b. Parties need additional time to review, prepare and object to the Final Pre-Sentence Investigation Report.

        c. The Government does not object to this continuance.

4. Additionally, the parties also agree to amend the briefing schedule as follows: the Formal Objections will be due on November 20, 2017, and any replies will be due on November 27, 2017.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 16, 2017   By: */s/Anthony P. Capozzi*
                                             ANTHONY P. CAPOZZI
                                             Attorney for Defendant TIMOTHY PATRICK ORTIZ

DATED: October 16, 2017   By: */s/Grant B. Rabenn*
                                             GRANT B. RABENN
                                             Assistant United States Attorney

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for October 30, 2017, at 9:30 a.m. is continued to **December 4, 2017, at 9:30 a.m.**, Formal Objections are due on November 20, 2017, and replies are due on November 27, 2017.

IT IS SO ORDERED.

Dated: __**October 17, 2017**__        __**/s/ Lawrence J. O'Neill**__
                                                                 UNITED STATES CHIEF DISTRICT JUDGE