PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID RYAN BURCHARD,<br><br>                Defendant. | No. 1:16-CR-00051-LJO-SKO<br><br>DECLARATION OF PUBLICATION |

      Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on September 22, 2017, and ending on October 21, 2017.

      Attached hereto as Attachment 1 is a true and correct copy of the Notice of Forfeiture the government caused to be published on the official government internet site www.forfeiture.gov.

      Attached hereto as Attachment 2 is a true and correct copy of the Advertisement Certification Report that I printed from the Department of Justice Consolidated Asset Tracking System (CATS), a database designed to track, throughout the forfeiture life-cycle, assets seized by federal law enforcement agencies. Attachment 2 shows that the Notice of Forfeiture (Attachment 1) was published for 30 consecutive calendar days.

1   I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2017, at Fresno, California.

                                    /s/ Elisa M. Rodriguez
                                  ELISA M. RODRIGUEZ
                                  FSA Contractor Paralegal
                                  (Original signature retained by attorney)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## COURT CASE NUMBER: 1:16-CR-00051-LJO-SKO; NOTICE OF FORFEITURE

Notice is hereby given that on September 19, 2017, in the case of <u>U.S. v. David Ryan Burchard</u>, Court Case Number 1:16-CR-00051-LJO-SKO, the United States District Court for the Eastern District of California entered an Order condemning and forfeiting the following property to the United States of America:

Items seized from 2363 Gabriel Drive including the following: Acer laptop with Dan thumbdrive; Toshiba Satellite laptop; WD Passport external hard drive; Samsung Galaxy Note 4, Ser No: 99000482099312; Samsung Galaxy Note 3, Ser No: RV8F10WQBJM; Three (3) AT&T flip cell phones; Samsung Galaxy Core; Various credit/debit cards; Anti-Static bags; Taylor digital scale; Box of food saver vacuum sealing bags; Amazon boxes with plastic storage bags; Food Saver vacuum sealer with bag roll; "caliconnect" appeal items; miscellaneous documents, receipts, and notes which were seized from David Burchard on January 21, 2016, at ███████ ███████, Merced, California (16-ICE-002123)

Credit card machine with blank cards, Emachine, serial number LXN970D0019488536801601, T-Mobile cell phone, Boostmobile cell phone, and miscellaneous documents which were seized from David Burchard on January 21, 2016, at Central Self Storage - Merced, 3 W 23rd Street, Merced, California (16-ICE-002124)

2007 Chevrolet Tahoe, License Plate: 6BOK924, VIN: 1GNFC13027J406800 seized from David Burchard on January 21, 2016, at ███████████, Merced, California (16-IRS-000352)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (September 22, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 2500 Tulare Street, First Floor, Fresno, CA 93721, and a copy served upon Assistant United States Attorney Grant B. Rabenn, 2500 Tulare Street, 4401 Federal Building, Fresno, CA 93721. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Attachment 1

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 22, 2017 and October 21, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. David Ryan Burchard

**Court Case No:** 1:16-CR-00051-LJO-SKO
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/22/2017 | 24.0 | Verified |
| 2 | 09/23/2017 | 24.0 | Verified |
| 3 | 09/24/2017 | 24.0 | Verified |
| 4 | 09/25/2017 | 23.9 | Verified |
| 5 | 09/26/2017 | 23.9 | Verified |
| 6 | 09/27/2017 | 24.0 | Verified |
| 7 | 09/28/2017 | 24.0 | Verified |
| 8 | 09/29/2017 | 24.0 | Verified |
| 9 | 09/30/2017 | 24.0 | Verified |
| 10 | 10/01/2017 | 24.0 | Verified |
| 11 | 10/02/2017 | 24.0 | Verified |
| 12 | 10/03/2017 | 24.0 | Verified |
| 13 | 10/04/2017 | 24.0 | Verified |
| 14 | 10/05/2017 | 24.0 | Verified |
| 15 | 10/06/2017 | 24.0 | Verified |
| 16 | 10/07/2017 | 24.0 | Verified |
| 17 | 10/08/2017 | 24.0 | Verified |
| 18 | 10/09/2017 | 24.0 | Verified |
| 19 | 10/10/2017 | 24.0 | Verified |
| 20 | 10/11/2017 | 24.0 | Verified |
| 21 | 10/12/2017 | 24.0 | Verified |
| 22 | 10/13/2017 | 24.0 | Verified |
| 23 | 10/14/2017 | 24.0 | Verified |
| 24 | 10/15/2017 | 24.0 | Verified |
| 25 | 10/16/2017 | 24.0 | Verified |
| 26 | 10/17/2017 | 24.0 | Verified |
| 27 | 10/18/2017 | 24.0 | Verified |
| 28 | 10/19/2017 | 24.0 | Verified |
| 29 | 10/20/2017 | 24.0 | Verified |
| 30 | 10/21/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 2