PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00051-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: December 4, 2017 |
| DAVID RYAN BURCHARD, | TIME: 9:30 a.m. |
| Defendants. | COURT: Hon. Lawrence J. O'Neill |

The United States of America, through its attorney of record, Assistant U.S. Attorney, Grant B. Rabenn, and defendant, David Ryan Burchard, through his attorney of record, Anthony P. Capozzi, hereby stipulate as follows:

1.      By previous stipulation of the parties, this matter was set for sentencing on December 4, 2017 at 9:30 a.m. Sentencing in this case was originally scheduled for October 30, 2017.

2.      The parties agree and stipulate that the government requests this Court to continue the sentencing until **January 16, 2017 at 9:30 a.m.** because counsel for the government will be on work-related travel to Washington D.C. on December 4, 2017, and will be unable to attend the currently scheduled sentencing. Counsel for the government learned of this required travel just last week. Because of the complexity of this case, counsel for the government does not believe that substitute counsel for the government would be able to sufficiently handle the sentencing in his place.

3.      Further, the next available criminal calendar that defense counsel will be available is

1 | January 16, 2017. Defense counsel is unavailable until that date because of his other state and federal

2 | caseload and because of holiday-related travel.

3 |     4.      Counsel for the defendant does not object to the government's request for a continuance.

4 |     5.      The parties agree to the currently set briefing schedule, which provides that the formal

5 | objections to the PSR were be due on November 20, 2017, and any replies will be due on November 27,

6 | 2017.

7 |     6.      The parties agree that they will not seek any further continuances.

9 |     IT IS SO STIPULATED.

11 |     Dated:  November 14, 2017           PHILLIP A. TALBERT
          United States Attorney

13 |         By:  /s/ GRANT B. RABENN
            GRANT B. RABENN
            Assistant United States Attorney

15 |     Dated:  November 14, 2017     By:  /s/ ANTHONY P. CAPOZZI
            ANTHONY P. CAPOZZI
            Attorney for Defendant

18 | IT IS SO ORDERED.

19 |     Dated:  **November 27, 2017**       **/s/ Lawrence J. O'Neill**
           UNITED STATES CHIEF DISTRICT JUDGE