HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00051-LJO-SKO-1 |
| *Plaintiff,* | ) **APPLICATION AND ORDER FOR** |
| vs. | ) **APPOINTMENT OF CJA PANEL COUNSEL** |
| DAVID RYAN BURCHARD, | ) |
| *Defendant,* | ) |

Defendant, David Ryan Burchard, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Mr. Burchard had retained counsel and is now seeking appointed counsel under General Order 595, which appoints counsel for all indigent defendants seeking assistance under the First Step Act. He submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Burchard was sentenced to an 80-month term of imprisonment on January 16, 2018 and is currently in custody.

After reviewing the attached Financial Affidavit, it is respectfully recommended that CJA panel counsel Anthony Capozzi be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Burchard on his compassionate release proceedings related to this case.

DATED: January 14, 2021                    */s/ Eric V. Kersten*
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the

Court hereby appoints CJA panel counsel Anthony Capozzi pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **January 14, 2021**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

-2-