IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DAVID RYAN BURCHARD,  )<br>  )<br>Defendant.  )<br>_____ ) | Case №: 1:16-CR-00051-1-LJO<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael McKneely be appointed to represent the above defendant in this case for seeking Early Termination of Supervised Release, effective *nunc pro tunc* to December 12, 2023.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**December 14, 2023**__          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE