Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
David Ryan Burchard

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:16-cr-00051-LJO-SKO |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| David Ryan Burchard, | |
| Defendant. | |

TO THE HONORABLE DISTRICT JUDGE AND TO THE UNITED STATES ATTORNEY:

CJA Panel Attorney Michael McKneely was appointed as post-judgment counsel to represent Mr. Burchard on December 14, 2023 in his criminal case. Mr. Burchard was contemplating a motion for early termination of supervised release. After consultation with counsel Mr. Burchard has decided not to pursue the contemplated motion. Having completed his representation of Mr. Burchard, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Burchard require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-

1  appointment of counsel to assist him.

2      Respectfully submitted,

3  DATED: June 2, 2025          McKNEELY LAW FIRM

4                          By:  s/ Michael McKneely

5                              Michael McKneely
                            Attorneys for David Ryan Burchard

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

Motion To Terminate CJA Appointment Of Michael McKneely As Attorney Of Record And [~~Proposed~~] Order    -2-

**ORDER**

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Burchard seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Burchard at the following address, and to update the docket to reflect Mr. Burchard's *pro se* status and contact information.

> David Ryan Burchard
> 1371 E. Foxhill Drive, Apartment 138
> Fresno, CA 93720

IT IS SO ORDERED.

Dated: **June 2, 2025**

UNITED STATES DISTRICT JUDGE